B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of West Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**L. C. Halstead Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**55-0547521** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**691 Austin Drive**<br>**Saint Albans, WV**<br>ZIP Code **25177** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kanawha** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **L. C. Halstead Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **L. C. Halstead Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Joseph W. Caldwell & Marshall C. Spradling**
Signature of Attorney for Debtor(s)

**Joseph W. Caldwell & Marshall C. Spradling 586/3539**
Printed Name of Attorney for Debtor(s)

**Caldwell & Riffee**
Firm Name

**3818 MacCorkle Ave. S.E. Suite 101
Post Office Box 4427
Charleston, WV 25364-4427**

Address

**Email: chuckriffee@verizon.net
(304) 925-2100  Fax: (304) 925-2193**
Telephone Number

**October  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Thomas C. Halstead**
Signature of Authorized Individual

**Thomas C. Halstead**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  3, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **L. C. Halstead Company**                                    Case No.
                                            Debtor(s)                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amtower Auto Supply (NAPA)<br>P. O. Box 4639<br>Bridgeport, WV 26330 | Amtower Auto Supply (NAPA)<br>P. O. Box 4639<br>Bridgeport, WV 26330 | | | 8,990.28 |
| B&M Oil<br>P. O. Box 205<br>Whitesville, WV 25209 | B&M Oil<br>P. O. Box 205<br>Whitesville, WV 25209 | | | 64,764.58 |
| Cintas-First Aid & Safety<br>P. O. Box 636525<br>Cincinnati, OH 45263-6525 | Cintas-First Aid & Safety<br>P. O. Box 636525<br>Cincinnati, OH 45263-6525 | | | 19,491.25 |
| Dyna Systems<br>P. O. Box 655326<br>Dallas, TX 75265-5326 | Dyna Systems<br>P. O. Box 655326<br>Dallas, TX 75265-5326 | | | 17,565.04 |
| Electronic Motor Service<br>6420 MacCorkle Avenue,Suite 2<br>Saint Albans, WV 25177 | Electronic Motor Service<br>6420 MacCorkle Avenue,Suite 2<br>Saint Albans, WV 25177 | | | 9,754.64 |
| Fleet Srevices<br>P. O. Box 6293<br>Carol Stream, IL 60197-6293 | Fleet Srevices<br>P. O. Box 6293<br>Carol Stream, IL 60197-6293 | | | 38,503.46 |
| Full Circle Concepts II, LLC<br>4560 South Boulevard, Ste. 205<br>Virginia Beach, VA 23452 | Full Circle Concepts II, LLC<br>4560 South Boulevard, Ste. 205<br>Virginia Beach, VA 23452 | | | 384,494.51 |
| Genuine Parts Company-NAPA<br>P. O. Box 409043<br>Atlanta, GA 30384-9043 | Genuine Parts Company-NAPA<br>P. O. Box 409043<br>Atlanta, GA 30384-9043 | | | 13,389.56 |
| Glotfelty Tire Center-Park<br>P. O. Box 3329<br>Parkersburg, WV 26101 | Glotfelty Tire Center-Park<br>P. O. Box 3329<br>Parkersburg, WV 26101 | | | 8,426.78 |
| Hall's Safety Equipment Corp.<br>P. O. Box 230<br>Grove City, PA 16127-0230 | Hall's Safety Equipment Corp.<br>P. O. Box 230<br>Grove City, PA 16127-0230 | | | 20,492.59 |

B4 (Official Form 4) (12/07) - Cont.

In re  **L. C. Halstead Company**  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Karen H. Miller**<br>**2 Hale Street**<br>**Charleston, WV 25301** | **Karen H. Miller**<br>**2 Hale Street**<br>**Charleston, WV 25301** | | | **8,854.41** |
| **Moses Ford-BMW**<br>**2001 MacCorkle Avenue, SW**<br>**Saint Albans, WV 25177-1878** | **Moses Ford-BMW**<br>**2001 MacCorkle Avenue, SW**<br>**Saint Albans, WV 25177-1878** | | | **19,690.98** |
| **Quality Mine Control**<br>**P. O. Box 4358**<br>**Chapmanville, WV 25508** | **Quality Mine Control**<br>**P. O. Box 4358**<br>**Chapmanville, WV 25508** | | | **11,144.00** |
| **Sheriff of Putnam County**<br>**3389 Winfield Road**<br>**Winfield, WV 25213** | **Sheriff of Putnam County**<br>**3389 Winfield Road**<br>**Winfield, WV 25213** | **Property Taxes** | | **26,832.94** |
| **State Electric Supply Company**<br>**P. O. Box 890889**<br>**Charlotte, NC 28289-0889** | **State Electric Supply Company**<br>**P. O. Box 890889**<br>**Charlotte, NC 28289-0889** | | | **7,716.20** |
| **Sunbelt Rentals**<br>**P. O. Box 409211**<br>**Atlanta, GA 30384-9211** | **Sunbelt Rentals**<br>**P. O. Box 409211**<br>**Atlanta, GA 30384-9211** | | | **11,020.36** |
| **Supply Solutions**<br>**P. O. Box 4155**<br>**Clarksburg, WV 26302-4155** | **Supply Solutions**<br>**P. O. Box 4155**<br>**Clarksburg, WV 26302-4155** | | | **8,554.55** |
| **Sutton Inn**<br>**250 Emily Drive**<br>**Clarksburg, WV 26301** | **Sutton Inn**<br>**250 Emily Drive**<br>**Clarksburg, WV 26301** | | | **15,265.60** |
| **Tarheel Contractors Supply**<br>**162 Porter Road**<br>**Rock Hill, SC 29730** | **Tarheel Contractors Supply**<br>**162 Porter Road**<br>**Rock Hill, SC 29730** | | | **20,217.00** |
| **Terex Utilities**<br>**12210 Collections Center**<br>**Chicago, IL 60693** | **Terex Utilities**<br>**12210 Collections Center**<br>**Chicago, IL 60693** | | | **19,133.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 3, 2011**         Signature  **/s/ Thomas C. Halstead**  
                                                                                 **Thomas C. Halstead**  
                                                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **L. C. Halstead Company**                    Case No.
                                   Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 3, 2011**                  **/s/ Thomas C. Halstead**
                                                           **Thomas C. Halstead**/**President**
                                                           Signer/Title

Adams Trucking & Supply, Inc.
P. O. Box 252
Barboursville, WV 25504


Advance Auto Parts
P. O. Box 5219
Carol Stream, IL 60197-5219


AFLAC
Remittance Processing
1932 Wynnton Road
Columbus, GA 31999-0001


Airgas
Rt. 2, Box 849E
Shinnston, WV 26431


All Wheels Financial Inc.
500 Ford Road
Minneapolis, MN 55426


Alled Administrators/Delta Dental
Route 62, North
P. O. Box 45381
San Francisco, CA 94145-0381


Ally Financial
Payment Processing Center
P. O. Box 9001952
Louisville, KY 40290-1952


Altec Capital
33 Inverness Center Parkway
Suite 200
Birmingham, AL 35242


American Producers Supply Co.
P. O. Box 1050
Marietta, OH 45750


Amtower Auto Supply (NAPA)
P. O. Box 4639
Bridgeport, WV 26330

Appalachian Tire Products
P. O. Box 10057
Charleston, WV 25357


Aquis Communications
P. O. Box 64010
Baltimore, MD 21264-4010


AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463


ATS
P. O. Box 149
Scott Depot, WV 25560


B&M Oil
P. O. Box 205
Whitesville, WV 25209


Baker Truck Equipment
P. O. Box 482
Rt. 60 at Mynes Road
Hurricane, WV 25526


Bank of America
P. O. Box 15019
Wilmington, DE 19886-5019


Bridgeport Tire & Supply
P. O. Box 877
Bridgeport, WV 26330


Brown, Edwards & Company
2 Player Club Drive
Suite 100
Charleston, WV 25311


Cadle Sanitary, Inc.
5221 Walnut Valley Drive
Charleston, WV 25313


CCC Truck Parts Company
75 Remittance Drive
Chicago, IL 60675-1208

Central Supply Co.
P. O. Box 968
Clarksburg, WV 26302-0968


Ceridian Benefit Services
3201 34th Street, South
Saint Petersburg, FL 33711


Chase Auto Finance
P. O. Box 78068
Phoenix, AZ 85062-8068


Chemsearch
23261 Network Place
Chicago, IL 60673-1232


Cintas-First Aid & Safety
P. O. Box 636525
Cincinnati, OH 45263-6525


City of Stonewood
112 Southern Avenue
Clarksburg, WV 26301


Claxton Smith and Sons Concrete Co.
Route 1, Box 74
Poca, WV 25159


CNH Capital
P. O. Box 3600
Lancaster, PA 17604


CNH Capital-Line of Credit
P. O. Box 3900
Lancaster, PA 17604-3900


Conseco Health Insurance
P. O. Box 223355
Pittsburgh, PA 15251-2355


Dirtbusters Services
P. O. Box 566
Barboursville, WV 25504

```
Ditch Witch Financial Services
P. O. Box 7167
Pasadena, CA 91109-7167


Drive Line Service, Inc.
3106 Pennsylvania Avenue
Charleston, WV 25302


Dyna Systems
P. O. Box 655326
Dallas, TX 75265-5326


Electronic Motor Service
6420 MacCorkle Avenue,Suite 2
Saint Albans, WV 25177


ENI USA R&M CO., INC.
P. O. Box 7247-7028
Philadelphia, PA 19170-7028


Enterprise Sanitation, Inc.
P. O. Box 282
Colfax, WV 26566


Fastenal
P. O. Box 978
Winona, MN 55987-0978


Fleet Srevices
P. O. Box 6293
Carol Stream, IL 60197-6293


Ford Credit
P. O. Box 790093
Saint Louis, MO 63179-0093


Fort Dearborn Life Insurance Company
36788 Eagle Way
Chicago, IL 60678-1367


Frontier
P. O. Box 20550
Rochester, NY 14602-0550
```

Full Circle Concepts II, LLC
4560 South Boulevard, Ste. 205
Virginia Beach, VA 23452

Garrett Tire Corporation
322 W. Washington Street
Charleston, WV 25302

Genuine Parts Company-NAPA
P. O. Box 409043
Atlanta, GA 30384-9043

Glotfelty Tire Center-Park
P. O. Box 3329
Parkersburg, WV 26101

Greater Harrison County PSD
P. O. Box 190
West Milford, WV 26451

Hall's Safety Equipment Corp.
P. O. Box 230
Grove City, PA 16127-0230

Harris Oil Company
P. O. Box 685
Spencer, WV 25276

Heritage Equipment, Inc.
Dept. 1265
P. O. Box 2153
Birmingham, AL 35287-1265

Home City Ice
P. O. Box 111116
Cincinnati, OH 45211

Huntington National Bank
P. O. Box 182519
Columbus, OH 43218-2519

Hurricane Wrecker & Towing
P. O. Box 13412
Charleston, WV 25360

Internal Revenue Service
Attn: Special Procedures
425 Juliana Street
Parkersburg, WV 26101


James Warden
c/o 691 Austin Drive
Saint Albans, WV 25177


Jasper Engines & Transmissions
102 D Street
Charleston, WV 25303


John S. Watson
59 Wayside Drive
Weston, WV 26452


Karen H. Miller
2 Hale Street
Charleston, WV 25301


Kipling Shoe Company
P. O. Box 187
Milton, WV 25541


Kubota
P. O. Box 0559
Carol Stream, IL 60132-0559


Leonards Electrical Suppliers, Inc.
P. O. Box 150
Saint Albans, WV 25177


Liberty Financial Group
P. O. Box 215
`
Marshall, MN 56258


Lowe's Business Account
P. O. Box 530970
Atlanta, GA 30353-0970


Luther C. Halstead
c/o 691 Austin Drive
Saint Albans, WV 25177

M & T Bank
Commercial Loan
P. O. Box 62176
Baltimore, MD 21264


Mabscott Supply Company
P. O. Box 1560
Beckley, WV 25802


Mason County Exxon
P. O. Box 27
Route 62, North
Point Pleasant, WV 25550


Merle B. Woods
Box 201
Elkview, WV 25071


Mid Valley Mart
3524 Teays Valley Road
Hurricane, WV 25526


Midway Ford
201 Orchard Park Road
Hurricane, WV 25526


Mitchell 1
25029 Network Place
Chicago, IL 60673-1250


Monongalia Power
800 Cabin Hill Drive
Greensburg, PA 15601


Moses Ford-BMW
2001 MacCorkle Avenue, SW
Saint Albans, WV 25177-1878


Mountaineer Glass Inc.
413 Dunbar Avenue
Dunbar, WV 25064


Nationwide Drug Testing, Inc.
P. O. Box 3330
Cherry Hill, NJ 08034

Nick Snavely
1917 US 60, East
Culloden, WV 25510


Norcosgo, LLC
P.O. Box 156
Eleanor, WV 25070-0156


Northern Tool & Equipment
P. o. Box 5219
Carol Stream, IL 60197-5219


Nova Rubber Co.
P. O. Box 8580
Charleston, WV 25303


Oliver Fuels & Oils, Inc.
6819 MacCorkle Avenue
Saint Albans, WV 25177


Orr Safety
1226 Reliable Parkway
Chicago, IL 60686


Parkersburg Utility Board
P. O. Box 1629
Parkersburg, WV 26102


Pitney Bowes
P. O. Box 371887
Pittsburgh, PA 15250-7887


Poca Valley Bank
P.O. Box 56
Walton, WV 25286


Precise Construction Inc.
102 Maddox Drive
Scott Depot, WV 25560


Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250-7874

```
Quality Mine Control
P. O. Box 4358
Chapmanville, WV 25508


Quill
P. O. Box 37600
Philadelphia, PA 19101-0600


R. F. Steiner
P. O. Box 2175
2221 Fifth Avenue
Huntington, WV 25722


Rastle Auto Parts
719 North Main
Weston, WV 26452


Redhead Holdings, LLC
6819 MacCorkle Avenue
Saint Albans, WV 25177


Ricoh Americas Corporation
P. O. Box 13852
Newark, NJ 07188-0852


Rouster Wire Rope & Rigging, Inc.
P. O. Box 562
Mabscott, WV 25871


Shaffer & Shaffer, PLLC
Attorneys At Law
P. O. Box 2153
330 State Street
Madison, WV 25130


Sheriff of Kanawha County
Tax Division
407 Virginia Street, East
Room 120
Charleston, WV 25301


Sheriff of Putnam County
3389 Winfield Road
Winfield, WV 25213
```

Special Fleet Services
2500 South Main Street
Harrisonburg, VA 22801


St. Marys Occupational Health Center
P. O. Box 310
White Sulphur Springs, WV 24986


State Electric Supply Company
P. O. Box 890889
Charlotte, NC 28289-0889


State Equipment Company
P. O. Bopx 3939
Charleston, WV 25339


Stonewall Resort
940 Resort Drive
Walkersville, WV 26447


Suddenlink
P. O. Box 742535
Cincinnati, OH 45274-2535


Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211


Supply Solutions
P. O. Box 4155
Clarksburg, WV 26302-4155


Sutton Inn
250 Emily Drive
Clarksburg, WV 26301


Tarheel Contractors Supply
162 Porter Road
Rock Hill, SC 29730


TASC
P. O. Box 7098
Madison, WI 53707-7098

TCF Equipment Finance
P. O. Box 4130
Hopkins, MN 55343-0498


Terex Utilities
12210 Collections Center
Chicago, IL 60693


The Prudential Insurance Company
P. O. Box 945999
Atlanta, GA 30394-5999


TMH Services, Inc.
331 Laidley Street, Suite 604-A
Charleston, WV 25301


Trinity
475 Sansome Street
19th Floor
San Francisco, CA 94111


Tyler Mountain Water Co.
P. O. Box 909
Nitro, WV 25143-0907


Valley Brook Concret & Supply, Inc.
2399 Ohio River Road
West Columbia, WV 25287


Vermeer
P. O. Box 29
Saint Albans, WV 25177


Vested Health, LLC
P. O. Box 890192
Charlotte, NC 28289-0192


Vison Service Plan
P. O. Box 60000
San Francisco, CA 94160-3280


Waste Management of West Virginia Inc.
P. O. Box 13648
Philadelphia, PA 19101-3648

```
Wells Fargo
P. O. Box 6234
Carol Stream, IL 60197-6434


West Side Volunteer Fire Department
P. O. Box 493
Saint Albans, WV 25177


West Virginia State Tax Department
P.O. Drawer 2389
Charleston, WV 25328


West Virginia Steel Corporation
P. O. Box 1029
Poca, WV 25159


Westfield Insurance
P. O. Box 5001
Westfield Center, OH 44251-5001


Wholesale Tire
P. O. Box 1660
Clarksburg, WV 26302
```